UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN DOMINIC MOLINA,<br><br>    Plaintiff,<br><br>v.<br><br>SAN BENITO COUNTY SHERIFF,<br><br>    Defendant. | Case No. 17-cv-02781-JSC<br><br>**ORDER OF DISMISSAL** |

On June 13, 2017, the Court dismissed Plaintiff's civil rights complaint for failure to present a cognizable claim for relief. Plaintiff was granted 28 days to file an amended complaint, and was cautioned that his failure to do so would result in the dismissal of his case. No response from Plaintiff has been received. This case is accordingly DISMISSED. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary).

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 25, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge